**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6827**
_____

CLOREY EUGENE FRANCE,

                Petitioner – Appellant,

        v.

STATE OF NORTH CAROLINA,

                Respondent - Appellee.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  James A. Beaty, Jr., Senior District Judge.  (1:13-cv-00250-JAB-LPA)

_____

Submitted:  September 23, 2014        Decided:  October 2, 2014

_____

Before MOTZ and GREGORY, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Clorey Eugene France, Appellant Pro Se. Mary Carla Babb, Assistant Attorney General, Clarence Joe DelForge, III, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clorey Eugene France appeals the district court's order denying his motion for mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. France v. North Carolina, No. 1:13-cv-00250-JAB-LPA (M.D.N.C. Apr. 30, 2014). We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED